# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151524

SBC HEALTH MIDWEST, INC.,
            Petitioner-Appellee,

v

SC: 151524
COA: 319428
Tax Tribunal: 00-416230

CITY OF KENTWOOD,
            Respondent-Appellant.

_____/

        On order of the Court, the application for leave to appeal the March 19, 2015 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the tax exemptions set forth under MCL 211.9(1)(a) are available to a for-profit educational institution.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

s1216